# EXHIBIT F

**Email**

Mailbox:

| | |
|---|---|
| Msg. Date (Eastern) | Tue May 26, 2015 11:48PM ET |
| From | PSchiff@europac.net |
| To | "sesavoy ." <sesavoy@gmail.com>,sesavoy@gmail.com |
| Cc | "Peter Chema" <pchema@europac.net>,pchema@europac.net |
| Subject | Re: Steven Savoy |

Dear Steve,

I just saw your email earlier today. I called, but never heard back from you. Although from conversations I had with many of my clients now I know why. You do know that you are not allowed to solicit any of my clients for three years? Yet many have reported receiving Fed ex ACAT packages today, filled out, tabbed, and highlighted. These clients never requested these packages, some never even spoke with you, and none that I have spoken with have any intention of transferring. However by making these solicitations you have violated your contract with me, so a TRO is being sought and a lawsuit for damages will be filed against you and Oppenheimer, even if none of my clients transfer.

At most you are legally allowed to make an announcement. An announcement is generally a letter or email that merely informs clients of your departure and lists your new contact details. You are then only allowed to solicit clients who call you expressing an interest in opening accounts. But the evidence clearly shows that you did not do this. You have engage in a broad-based, illegal solicitation of all of my clients that you helped service while employee at Euro Pacific.

Quite frankly I am very surprised by your actions. I have no idea why you have pursued this course of action. I can only assume that Oppenheimer wrote you a very large check and that you were in need of the money. Hopefully for your sake Oppenheimer will cover your legal bills and that the deal they cut you is not contingent on some level of assets actually transferring over, because hardly any will.

Good luck building your own book, and I do mean that sincerely. I hope you do succeed despite any sense of personal betrayal that I may currently feel. We all make mistakes and in this case I think you made a large one.

Sincerely,

Peter Schiff


Sent from my iPhone

On May 22, 2015, at 2:00 PM, sesavoy . <sesavoy@gmail.com> wrote:

> Peter,
>
> Please see the attached document.
>
> --
> Best regards,
> Steven Savoy
> Cell 201.388.7275
>
> <Steven Savoy.pdf>

Euro Pacific Capital, Inc. archives and reviews outgoing and incoming email. Please click here to read our full email disclosures.

*Mailbox:*

**Email**

Msg. Date (Eastern) Sun May 31, 2015 12:02PM ET
From PSchiff@europac.net
To "sesavoy ." <sesavoy@gmail.com>,sesavoy@gmail.com
Cc "Peter Chema" <pchema@europac.net>,pchema@europac.net
Subject Re: Steven Savoy

Dear Steve;

I'm very surprised and disappointed by some of the things my clients reported that you have been saying about me and my firm. After a seven year relationship during which time you did very well, I would have expected much more.

Also we will be looking for a signed copy of the 2013 employment agreement. Did not have one in your employee file. Hopefully we do have a copy as the language in that agreement is far stronger than the 2010 agreement. If you read your unsigned copy you will notice that you agreed that all client identities and context information, which would include phone numbers, email addresses, and physical address, are Euro Pacific trade secrets. You agreed not to copy any of that information, remove it from Euro Pacific, or share it with any third parties that may derive a financial benefit from its use. You violated that agreement when you unlawfully stole that information and again when you shared it with a competitor, Oppenheimer. According to that agreement both you and Oppenheimer are now liable for any loss of revenue to my firm, as well as all of my attorney and other legal costs necessary to protect my property, recover what you stole, and enforce the terms of our employment contract. You also acknowledge that a violation of the agreement would expose you to punitive damages beyond my actual monetary damages. Further you acknowledged that theft of my client contact information is a crime, punishable by fine and imprisonment. Let's hope it does not go that far, but I will pursue all legal means necessary to mitigate any damages that my result from your unlawful and unethical actions.

Sincerely,

Peter Schiff

Sent from my iPhone

On May 22, 2015, at 2:00 PM, sesavoy . <sesavoy@gmail.com> wrote:

> Peter,
>
> Please see the attached document.
>
> --
> Best regards,
> Steven Savoy
> Cell 201.388.7275
>
> <Steven Savoy.pdf>

Euro Pacific Capital, Inc. archives and reviews outgoing and incoming email. Please click here to read our full email disclosures.